Kenneth Syncere RIVERA, a/k/a Kenneth Rivera, a/k/a Kenneth D. Rivera, Plaintiff-Appellant,

v.

Bryan P. STIRLING, Director; Tracy Webb, Policy Development Office; Mr. McFadden, Warden; Ms. Megget-Wright, Corporal, Defendants-Appellees.

No. 16-6986

United States Court of Appeals, Fourth Circuit.

Submitted: November 22, 2016.

Decided: November 28, 2016

Kenneth Syncere Rivera, Appellant Pro Se.

Before DIAZ and THACKER, Circuit Judges, and DAVIS, Senior Circuit Judge.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kenneth Syncere Rivera appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Rivera v. Stirling, No. 8:15–cv–02995–JMC, 2016 WL 3566963 (D.S.C. June 30, 2016). We dispense with oral argument because the facts and legal

contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED